# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **JILL SHARI KOLTON,** | ) |
| Plaintiff, | ) **CIVIL ACTION FILE NO.** |
| v. | ) **1:25-CV-03530-VMC-RDC** |
| **EQUIFAX INFORMATION SERVICES, LLC and JP MORGAN CHASE BANK,** | ) **JOINT STIPULATION OF DISMISSAL AS TO JPMORGAN CHASE BANK, N.A.** |
| Defendants. | ) |

Plaintiff and Defendants pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of JPMorgan Chase Bank, N.A. (improperly identified as "JP Morgan Chase Bank") with prejudice. Plaintiff and Defendant JPMorgan Chase Bank, N.A. have agreed that they shall each be responsible for their own costs and attorneys' fees incurred in this action.

Respectfully submitted this 17th day of September, 2025.

AGREED AS TO FORM AND CONTENT:

| | |
|---|---|
| */s/ Christopher N. Armor* | */s/ Joseph H. Stuhrenberg* |
| Christopher N. Armor | Joseph H. Stuhrenberg |
| Georgia Bar No. 614061 | Georgia Bar No. 398537 |
| chris.armor@armorlaw.com | jstuhrenberg@burr.com |
| **ARMOR LAW, LLC** | **BURR & FORMAN LLP** |
| P.O. Box 509 | 1075 Peachtree St. NE, Suite 3000 |
| Londonderry, Vermont 05148 | Atlanta, Georgia 30309 |
| Telephone: (651) 208-6441 | Telephone: (404) 815-3000 |
| Facsimile: (404) 592-6102 | Facsimile: (404) 817-3244 |
| *Attorney for Plaintiff Jill Shari Kolton* | *Attorney for Defendant JPMorgan Chase Bank, N.A.* |

*/s/ Christine Kapur*
Christine Kapur
Georgia Bar No. 197008
Christine.kapur@equifax.com
Legal Counsel – Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia  30309
Telephone: (404) 885-8066

*Attorney for Equifax Information Services, Inc.*

62500048 v1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of September, 2025, I electronically filed the foregoing **JOINT STIPULATION OF DISMISSAL AS TO JPMORGAN CHASE BANK, N.A.** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

                                                             */s/ Joseph H. Stuhrenberg*
                                                             Joseph H. Stuhrenberg
                                                             Georgia Bar No. 398537
                                                             jstuhrenberg@burr.com

                                                             *Attorney for Defendant JP Morgan Chase Bank*

**BURR & FORMAN LLP**
1075 Peachtree Street NE
Suite 3000
Atlanta, Georgia 30309
Telephone: (404) 815-3000